COM.

v.

**BERRYHILL, S.**

**3506 EDA 2015**

Superior Court of Pennsylvania.

07/19/2017

Reargument Denied 9/5/2017

CP–51–CR–0011083–2014 (Philadelphia)

Reversed/Remanded

COM.

v.

**FREEMAN, H.**

**1060 EDA 2016**

Superior Court of Pennsylvania.

07/19/2017

CP–23–CR–0005830–2015 (Delaware)

Affirmed

COM.

v.

**HERRING, A.**

**2041 EDA 2016**

Superior Court of Pennsylvania.

07/19/2017

CP–51–CR–0012419–2009
(Philadelphia)

Affirmed

COM.

v.

**KIRK, N.**

**3016 EDA 2016**

Superior Court of Pennsylvania.

07/19/2017

CP–51–CR–1108841–1991 (Philadelphia)

Affirmed

COM.

v.

**PUPPO, J.**

**3136 EDA 2016**

Superior Court of Pennsylvania.

07/19/2017

CP–13–CR–0001138–2014 (Carbon)

Affirmed